UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JESSIE ENGLES,

                        Plaintiff,

        -against-                    09 CV 610 (RJS) (HBP)

C.O. TERVARES #13750, C.O. AUGUSTE #18405, CO.
HAYDEN #9367, CAPT. WASHINGTON, #699, CAPT.
A. TAYLOR, #597

                        Defendants.

------------------------------------------------------------X

MARK TAVARES,

                        Third-party Plaintiff,

        -against-

THE CITY OF NEW YORK,

                        Third-party Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/23/10

**THE HONORABLE HENRY B. PITMAN, United States Magistrate Judge:**

       Upon consideration of the Notice of Motion to Compel Discovery and a request for a telephone conference by plaintiff, filed on May 12, 2010,

       **IT IS HEREBY ORDERED:** (1) that the Superintendant or other official in charge of Five Points Correctional Facility produce inmate Jessie Engles (DIN # 09-A-0673) for a telephone conference on **July 6, 2010, at 10:00 a.m.**; and (2) that Assistant Corporation Counsel Diep Nguyen initiates the call and telephone the Court at (212) 805-6105 once all parties are on the line.

Dated: New York, New York
       June 22, 2010

                                                   Henry B. Pitman, U.S.M.J